UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ARGUSTUS DIXON, | Case No. 2:25-cv-00317-JAD-MDC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA DEPT OF CORRECTIONS, et al., | |
| Defendants. | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court grants Plaintiff until **November 24, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

It is therefore ordered that Plaintiff shall file his updated address with the Court by **November 24, 2025**.

The Court has previously directed plaintiff to update his mailing address (ECF No. 5) and plaintiff did not comply. Plaintiff is cautioned that this action will be dismissed without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court

DATED: October 27, 2025

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE