UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARGUSTUS DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEVADA DEPT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00317-JAD-MDC<br><br>**ORDER** |

On October 27, 2025, the Court issued an order directing Plaintiff Argustus Dixon to file his current address with the Court by November 24, 2025. (ECF No. 7.) However, the Court's order came back as undeliverable, with a note that Plaintiff is currently housed at Southern Desert Correctional Center ("SDCC"). (ECF No. 8.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

In light of the note that Plaintiff is currently housed at SDCC, the Court will send a courtesy copy of this order to Plaintiff at SDCC. The Court will also extend the deadline for Williams to file his updated address with the Court until **December 4, 2025**. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

It is therefore ordered that Plaintiff shall file his updated address with the Court by **December 4, 2025**.

It is further ordered that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of Court is kindly directed to send a courtesy copy of this order to Plaintiff at Southern Desert Correctional Center.

DATED: November 4, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE